# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

JOHN C. VALLUZZO AND JANETTE
H. VALLUZZO

VERSUS

CUSIMANO CONSTRUCTION, INC.,
BILLIE A. BRIAN, INC.,
TRINITY BUSINESS GROUP, LLC,
ABC INSURANCE COMPANY, DEF
INSURANCE COMPANY, AND XYZ
INSURANCE COMPANY

NO.  2022 CW 1354

**MARCH 13, 2023**

---

In Re:   Billie Brian, Inc. and Trinity Business Group, LLC,
applying for supervisory writs, 19th Judicial District
Court, Parish of East Baton Rouge, No. 707022.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

                              **MRT**
                              **WRC**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_a.S.D_
_____
   DEPUTY CLERK OF COURT
      FOR THE COURT